# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ORTIZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>P.D. BRAZELTON,<br><br>　　　　Respondent. | Case No. 1:13-cv-00006-DAD-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Scott Frauenheim has succeeded P.D. Brazelton as warden of Pleasant Valley State Prison, Coalinga, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Scott Frauenheim, Warden, Pleasant Valley State Prison, as Respondent.

IT IS SO ORDERED.

Dated:  **March 21, 2016**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1